```
1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA L. SNYDER, | ) |
| Plaintiff, | ) CIVIL NO.  04-03844 CRB |
| v. | ) STIPULATION AND ORDER |
| | ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) FEES PURSUANT TO THE EQUAL |
| | ) <u>ACCESS TO JUSTICE ACT</u> |
| Defendant. | ) |
| _____ | ) |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FOUR THOUSAND DOLLARS ($4,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

> Manuel D. Serpa
> Binder & Binder
> 1901 E. 4th St., Suite 310
> Santa Ana, CA 92705
> (714) 564-8640, fax:  8641

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/.  This amount includes costs.

1 | Act.

2 |     3. Payment of the FOUR THOUSAND DOLLARS ($4,000.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: July 19, 2005
          /s/
          MANUEL D. SERPA
          Attorney for Plaintiff

          KEVIN V. RYAN
          United States Attorney

Dated: July 20, 2005    By:   /s/
          SARA WINSLOW
          Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 25, 2005

APPROVED
Judge Charles R. Breyer

~~PHYLLIS J. HAMILTON~~ Charles R. Breyer
United States District Judge

SNYDER, EAJA STIP (jt)
C 04-03844 CRB